10-21411MOORE LAW FIRM, P.C.
Tanya Moore - 206683
tanya@moorelawfirm.com
332 N. Second Street
San Jose, CA 95112
Telephone:   (408) 271-6600
Facsimile:    (408) 298-6046

Attorneys for Plaintiff
ERIC WARDWELL

HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
CENTRAL VALLEY GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARDWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL VALLEY GROUP, INC. dba BURGER KING; JOAN L. KEVORKIAN, TRUSTEE OF THE WALLET CORINNE M. TRUST,<br><br>　　　　　　Defendants. | No. 1:10-CV-02141-AWI-DLB<br><br>**STIPULATION RE: EXTENSION OF TIME OF 28 DAYS FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Action Filed:    November 16, 2010 |

Pursuant to Local Rules 6-143-144, Plaintiff Eric Wardwell and Defendant Central Valley Group, Inc., by and through their respective attorneys of record, Tanya Moore and Kurt A. Franklin of Hanson Bridgett LLP, along with Defendant Joan L. Kevorkian and Defendant Wallet Corinne M. Trust, state, agree and stipulate as follows:

　　　　　　1.　　No extension of time has been previously obtained.

- 1 -

2. Counsel for Defendant Central Valley Group, Inc. was retained last month and has been in discussions with Defendant Joan L. Kevorkian, who co-owns the real estate with the Wallet Corinne M. Trust, concerning joint representation. Upon being retained, counsel for Defendant Central Valley Group, Inc. called Plaintiff's counsel. Now, the parties desire to explore early resolution.

3. So that they can focus their efforts and resources on resolution, the parties respectfully request that Defendants be granted twenty-eight (28) days from the signing of this order to file a responsive pleading to the Complaint.

**IT IS SO STIPULATED** effective as of January 6, 2011.

DATED: January 6, 2011                    HANSON BRIDGETT LLP

By:/S/ Kurt Franklin
Kurt A. Franklin
Attorneys for Defendant
CENTRAL VALLEY GROUP, INC.

DATED: January 6, 2011

By: /S/ Joan Kevorkian
JOAN L. KEVORKIAN,
Co-owner, Defendant

DATED: January 6, 2011

By:/S/ George Wallet
George Wallet and Sarah Joan Wallet,
Co-Trustees for Co-Owner WALLET
CORINNE M. TRUST, Defendant

DATED: January 6, 2011                    MOORE LAW FIRM, P.C.

By:/S/ Tanya Moore
Tanya Moore
Attorneys for Plaintiff
JESUS SOSA

I, Kurt Franklin, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature ("/S/") within this e-filed document.

/ / /

/ / /

- 2 -

1  **IT IS SO ORDERED:**

2  Defendants Central Valley Group, Inc., Joan L. Kevorkian, and the Wallet
3  Corinne M. Trust shall file an Answer or other responsive pleading within twenty-eight
4  (28) days of the date of this Order.

IT IS SO ORDERED.

Dated:  **January 6, 2011**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE

- 3 -