Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
ERIC WARDWELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARDWELL,<br><br>      Plaintiff,<br><br>   vs.<br><br>CENTRAL VALLEY GROUP, INC., et al.,<br><br>      Defendants. | No.  1:10-CV-02141-AWI-DLB<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

WHEREAS, no Defendant has appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(i).

Date: February 12, 2011              MOORE LAW FIRM, P.C.


                                     /s/Tanya E. Moore
                                     Tanya E. Moore
                                     Attorneys for Plaintiff

*Wardwell v. Central Valley Group, Inc., et al.*
Request for Dismissal

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice <u>in its entirety</u>.

IT IS SO ORDERED.

Dated:   February 12, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Wardwell v. Central Valley Group, Inc., et al.*
Request for Dismissal